**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: SPIEWAK, THOMAS A | § | Case No. 07-07673 |
|---|---|---|
| | § | |
| SUPPLY, MIDWEST PROCESS | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,045.86 |
| *and approved disbursements of* | $ 1,971.00 |
| *leaving a balance of* | $ 10,074.86 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                      *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,954.59 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

                              N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,781.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank | $ 9,516.66 | $ 609.54 |
| 2 | American Express Travel Related Svcs Co | $ 61,076.90 | $ 3,911.95 |
| 4 | JPMorgan Chase Bank | $ 39,173.23 | $ 2,509.03 |
| 5 | Advanta Bank Corporation | $ 17,014.24 | $ 1,089.75 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/11/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/11/2009      By: /s/MICHAEL G. BERLAND
                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                  Date Rcvd: Aug 12, 2009
Case: 07-07673                Form ID: pdf006             Total Noticed: 18

The following entities were noticed by first class mail on Aug 14, 2009.
db            Thomas Spiewak,   13060 W 185th St,   Mokena, IL 60448-9520
aty          +Timothy A. Clark,   Krockey, Cernugel, Cowgill Clark & Pyles,   3100 Theodore Street,   #101,
               Joliet, IL 60435-8562
tr           +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
11475372      Advanta Bank Corporation,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
11331496      Advanta Bank Corporation,   P.O. Box 30715,   Salt Lake City, UT 84130-0715
11331497     +Al Tabron,   d/b/a Lenox Rentals,   1800 Carrington Ct.,   New Lenox, IL 60451-3034
11331498     +American Express,   P.O. Box 297812,   Ft. Lauderdale, FL 33329-7812
11469808      American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
11457109     +Chase Bank,   P.O. Box 15145,   Wilmington, DE 19850-5145
11474857      Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   PO Box 3978,   Seattle, WA 98124-3978
11331499     +Ewa Spiewak,   13060 West 185th Street,   Mokena, IL 60448-9520
11599639     +First United Bank,   7626 W. Lincoln Hwy.,   Frankfort, IL 60423-9405
11331500     +First United Bank,   7626 West Lincoln Highway,   Frankfort, IL 60423-9405
11331502     +JP Morgan Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
11331501     +JP Morgan Chase Bank,   Business Line of Credit,   P.O. Box 4661,   Houston, TX 77210-4661
11486493     +JPMorgan Chase Bank,   Attn: Recovery OH2-5170,   50 South Main,   Akron OH 44308-1888
11331504     +Timothy A. Clark,   3100 Theodore Street, #101,   Joliet, IL 60435-8562

The following entities were noticed by electronic transmission on Aug 13, 2009.
11331496      E-mail/Text: DL-EBN@advanta.com                             Advanta Bank Corporation,
               P.O. Box 30715,   Salt Lake City, UT 84130-0715
11475372      E-mail/Text: DL-EBN@advanta.com                             Advanta Bank Corporation,
               c/o Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
11850000      E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2009 04:35:03
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                                 TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
11331503*    +Thomas Spiewak,   13060 W. 185th Street,   Mokena, IL 60448-9520
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**      **Signature:** _Joseph Speetjens_