# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: SPIEWAK, THOMAS A | § Case No. 07-07673 |
| | § |
| SUPPLY, MIDWEST PROCESS | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $5,600.00 |
| Total Distribution to Claimants: $8,120.86 | Claims Discharged Without Payment: $275,560.17 |
| Total Expenses of Administration: $3,925.59 | |

3) Total gross receipts of $ 12,046.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,046.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $258,300.00 | $423,248.26 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,925.59 | 3,925.59 | 3,925.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 287,573.58 | 136,297.69 | 126,781.03 | 8,120.86 |
| **TOTAL DISBURSEMENTS** | $545,873.58 | $563,471.54 | $130,706.62 | $12,046.45 |

4) This case was originally filed under Chapter 7 on April 27, 2007.
. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2010        By: /s/MICHAEL G. BERLAND
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Lot-scheduled | 1110-000 | 12,020.29 |
| Interest Income | 1270-000 | 26.16 |
| **TOTAL GROSS RECEIPTS** | | **$12,046.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First United Bank | 4110-000 | N/A | 63,384.56 | 0.00 | 0.00 |
| First United Bank | 4110-000 | N/A | 63,384.56 | 0.00 | 0.00 |
| First United Bank | 4110-000 | 74,000.00 | 148,239.57 | 0.00 | 0.00 |
| First United Bank | 4110-000 | 184,300.00 | 148,239.57 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$258,300.00** | **$423,248.26** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,954.59 | 1,954.59 | 1,954.59 |
| Adams Friendship Title | 3510-000 | N/A | 700.00 | 700.00 | 700.00 |
| Adams Friendship Title | 3510-000 | N/A | 500.00 | 500.00 | 500.00 |
| Adams Friendship Title | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Adams Friendship Title | 2500-000 | N/A | 15.00 | 15.00 | 15.00 |
| Adams Friendship Title | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| Adams Friendship Title | 2820-000 | N/A | 36.00 | 36.00 | 36.00 |
| Adams Friendship Title | 2500-000 | N/A | 15.00 | 15.00 | 15.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,925.59 | 3,925.59 | 3,925.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank | 7100-000 | N/A | 9,516.66 | 9,516.66 | 609.59 |
| American Express Travel Related Svcs Co | 7100-000 | 63,331.13 | 61,076.90 | 61,076.90 | 3,912.23 |
| Chase Bank USA, N.A. | 7100-000 | 16,576.74 | 9,516.66 | 0.00 | 0.00 |
| JPMorgan Chase Bank | 7100-000 | 47,873.04 | 39,173.23 | 39,173.23 | 2,509.21 |
| Advanta Bank Corporation | 7100-000 | 2,892.67 | 17,014.24 | 17,014.24 | 1,089.83 |
| First United Bank | 7100-000 | 117,800.00 | N/A | N/A | 0.00 |
| Al Tabron d/b/a Lenox Rentals | 7100-000 | 39,100.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 287,573.58 | 136,297.69 | 126,781.03 | 8,120.86 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-07673  
Case Name: SPIEWAK, THOMAS A  
Period Ending: 01/22/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 04/27/07 (f)  
§341(a) Meeting Date: 05/31/07  
Claims Bar Date: 09/12/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant Lot-scheduled | 15,000.00 | 12,020.29 | | 12,020.29 | FA |
| 2 | 1/2 interest 13060 185th Street-scheduled | 140,500.00 | 0.00 | | 0.00 | FA |
| 3 | Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checkoig account-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Savings account-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Household furniture-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing-scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Cameras-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Stock in Midwest Supply-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 11 | 1/2 interest jeep-schedueld | 750.00 | 0.00 | | 0.00 | FA |
| 12 | 1/2 interest Ford Van-scheduled | 950.00 | 0.00 | | 0.00 | FA |
| 13 | 1/2 law and garden equipment-scheduled | 1,100.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.16 | Unknown |
| 14 | Assets    Totals (Excluding unknown values) | $161,100.00 | $12,020.29 | | $12,046.45 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee sold certain vacant property in Wisconsin. The Trustee has filed tax returns. The Trustee filed his Final Report and made the distribution to creditors. The Trustee has filed his Final Account with the US Trsutees Office.

Initial Projected Date Of Final Report (TFR):   June 30, 2011        Current Projected Date Of Final Report (TFR):   June 30, 2011

Printed: 01/22/2010 08:06 AM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-07673 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SPIEWAK, THOMAS A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*65-65 - Money Market Account |
| Taxpayer ID #: | 13-7581938 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/10/07 | | Adams Friendship Title | Proceeds from sale of vacant lot per court order | | | 10,549.29 | | 10,549.29 |
| | {1} | | Sale amt for vacant property | 12,020.29 | 1110-000 | | | 10,549.29 |
| | | | real estate commission | -700.00 | 3510-000 | | | 10,549.29 |
| | | | Real estate commission | -500.00 | 3510-000 | | | 10,549.29 |
| | | | title insurance | -200.00 | 2500-000 | | | 10,549.29 |
| | | | overnight processing | -15.00 | 2500-000 | | | 10,549.29 |
| | | | special assessment letter | -5.00 | 2500-000 | | | 10,549.29 |
| | | | state tax stamp | -36.00 | 2820-000 | | | 10,549.29 |
| | | | recording fee | -15.00 | 2500-000 | | | 10,549.29 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 3.46 | | 10,552.75 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 4.82 | | 10,557.57 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 2.16 | | 10,559.73 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 1.96 | | 10,561.69 |
| 04/01/08 | 1001 | Gloria Longest | Payment of accountant per court order | | 3410-000 | | 500.00 | 10,061.69 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 1.41 | | 10,063.10 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.25 | | 10,064.35 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.27 | | 10,065.62 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.27 | | 10,066.89 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.19 | | 10,068.08 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.32 | | 10,069.40 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 1.09 | | 10,070.49 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.79 | | 10,071.28 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.71 | | 10,071.99 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.41 | | 10,072.40 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.38 | | 10,072.78 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.43 | | 10,073.21 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.41 | | 10,073.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.39 | | 10,074.01 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.43 | | 10,074.44 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.42 | | 10,074.86 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.42 | | 10,075.28 |
| 09/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.17 | | 10,075.45 |
| 09/14/09 | | To Account #\*\*\*\*\*\*\*\*6566 | Transfer for purpose of final distribution | | 9999-000 | | 10,075.45 | 0.00 |

Subtotals :   $10,575.45   $10,575.45

{} Asset reference(s)

Printed: 01/22/2010 08:06 AM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-07673 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SPIEWAK, THOMAS A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7581938 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,575.45 | 10,575.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,075.45 | |
| | | | Subtotal | | 10,575.45 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,575.45 | $500.00 | |

{} Asset reference(s)                                                                                                                      Printed: 01/22/2010 08:06 AM    V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-07673 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SPIEWAK, THOMAS A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****65-66 - Checking Account |
| Taxpayer ID #: | 13-7581938 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/09 | | From Account #********6565 | Transfer for purpose of final distribution | 9999-000 | 10,075.45 | | 10,075.45 |
| 09/15/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,954.59, Trustee Compensation; Reference: | 2100-000 | | 1,954.59 | 8,120.86 |
| 09/15/09 | 102 | Chase Bank | Dividend paid  6.40% on $9,516.66; Claim# 1; Filed: $9,516.66; Reference: | 7100-000 | | 609.59 | 7,511.27 |
| 09/15/09 | 103 | American Express Travel Related Svcs Co | Dividend paid  6.40% on $61,076.90; Claim# 2; Filed: $61,076.90; Reference: | 7100-000 | | 3,912.23 | 3,599.04 |
| 09/15/09 | 104 | JPMorgan Chase Bank | Dividend paid  6.40% on $39,173.23; Claim# 4; Filed: $39,173.23; Reference: | 7100-000 | | 2,509.21 | 1,089.83 |
| 09/15/09 | 105 | Advanta Bank Corporation | Dividend paid  6.40% on $17,014.24; Claim# 5; Filed: $17,014.24; Reference: | 7100-000 | | 1,089.83 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,075.45 | 10,075.45 | $0.00 |
| Less: Bank Transfers | | 10,075.45 | 0.00 | |
| Subtotal | | 0.00 | 10,075.45 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $10,075.45 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****65-65 | 10,575.45 | 500.00 | 0.00 |
| Checking # ***-*****65-66 | 0.00 | 10,075.45 | 0.00 |
| | $10,575.45 | $10,575.45 | $0.00 |

{} Asset reference(s)

Printed: 01/22/2010 08:06 AM     V.11.53